FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0063

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0063

JOE LEE,

　　　　　Plaintiff and Appellant,

FILED

MAY 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

　　　　v.

DEAN SKINNER,

O R D E R

　　　　　Defendant and Appellee,

and

CHRIS SKINNER,

　　　　　Defendant.

Through counsel, Appellee Dean Skinner (Skinner) moves this Court to dismiss this appeal because self-represented Appellant Joe Lee (Lee) has not filed his opening brief. Skinner represents that Lee opposes the motion. Lee has not filed a response.

Skinner cites M. R. App. P. 13(3), noting that Lee did not file his opening brief on or before the April 3, 2023 due date or file a timely request for an extension of time to file his opening brief. Upon review of this Court's docket, this Court observes that Lee attempted to file a timely motion for extension, but the Clerk of the Supreme Court returned it for lack of service. Skinner filed his instant motion two days later. The following business day, April 10, Lee filed a motion for an extension of time and included a certificate of service. This Court granted Lee's motion to file his opening brief on or before May 11, 2023, with the statement that no further extension of time would be allowed unless Lee includes notice that he has contacted Skinner's counsel about the motion and whether there is any objection, pursuant to M. R. App. P. 16(1). Given the extension of time already granted,

IT IS THEREFORE ORDERED that Skinner's Motion to Dismiss Appeal is DENIED.

The Clerk is directed to provide this Order to all counsel of record and to Joe Lee along with a copy of this Court's Civil Appellate Handbook.

DATED this ___2ʳᵈ___ day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2